UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   5:26-cv-03366 ADS                                    Date:  June 23, 2026

Title:  *Narciso Forrett Pura v. Markwayne Mullin, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):            Attorney(s) Present for Respondent(s):
None Present                                                       None Present

**Proceedings:        (IN CHAMBERS) ORDER DENYING AMENDED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (Dkt. No. 6)**

Before the Court is an Amended Ex Parte Application for Temporary Restraining Order (the "TRO Motion") filed by Petitioner Narciso Forrett Pura, an immigration detainee proceeding through counsel.  (Dkt. No. 6.)  The Court issued General Order 26-05, which sets an expedited briefing schedule on the underlying habeas petition.  (Dkt. No. 10.)  Under General Order 26-05, applications for temporary restraining orders are reserved for situations where the petitioner alleges imminent, irreparable harm that cannot be addressed by the General Order's expedited briefing schedule.  (Id.)

Petitioner fails to demonstrate the alleged harm cannot be addressed by the expedited briefing schedule set by General Order 26-05.  Accordingly, the TRO Motion is denied.  If the parties seek to further accelerate or alter the briefing schedule set by General Order 26-05, the parties shall promptly meet and confer and file a stipulation or joint statement setting forth the parties' competing proposals for a briefing schedule.  The TRO Motion and this Order do not alter or suspend the parties' obligations under the expedited briefing schedule set by General Order 26-05.

**IT IS SO ORDERED.**

Initials of Clerk kh