JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NARCISO FORRETT PURA,

                Petitioner,

                v.

MARKWAYNE MULLIN, et al.,

                Respondents.

Case No. 5:26-cv-03366 ADS

JUDGMENT

     Pursuant to the Stipulated Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted in part.

Dated: <u>July 6, 2026</u>          <u>    /s/ Autumn D. Spaeth       </u>
                          THE HONORABLE AUTUMN D. SPAETH
                          United States Magistrate Judge